In re Estate of Charles Bryant.    Appeal of J. Edward Carpenter, Escheator for the Commonwealth of Penn sylvania.

Argued March 30, 1896.    Appeal, No. 35, July T., 1895, by J. Edward Carpenter, Esq., escheator for the Commonwealth of Pennsylvania, from decree of O. C. Phila. Co., July T., 1894, No. 182, awarding estate to English claimants.    Before STERRETT, C. J., McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

The facts appear in the report of the next preceding case, Bryant's Est., ante, p. 309.

*Error assigned*, among others, was, not awarding balance in the hands of the accountant to the commonwealth as an escheat.

*Richard M. Cadwalader*, for appellant.

*William W. Ker*, for appellee.

OPINION BY MR. JUSTICE MITCHELL, July 15, 1896 :

For reasons set forth in the opinion filed herewith in Bryant's Estate, George E. Bryant's Appeal, ante, p. 309, this appeal is dismissed.

Appeal dismissed with costs.